IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MISC. NO. 3:06mc3310 MEF |
| | ) | |
| RAY EDGAR OGLE, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT

I, R. Randolph Neeley, having been first duly sworn, depose and say as follows:

1. I am an Assistant United States Attorney and represent the United States of America, Plaintiff, herein.

2. Judgment was entered on May 30, 2003 for Plaintiff and against Defendant for the sum of $149,209.00 and costs.

3. Defendant, RAY EDGAR OGLE, resides at 1030 West Point Parkway, Opelika, Alabama 36801, within the jurisdiction of this Court.

4. The Judgment has not been satisfied, vacated, reversed, or barred by the Statute of Limitations, and is one on which execution may properly issue.

5. The balance due on the Judgment as of May 9, 2006, is $132,559.00.

LEURA G. CANARY
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  rand.neeley@usdoj.gov


Sworn to and subscribed before
me this 9th day of May, 2006.

_____
NOTARY PUBLIC