IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
    )
        Plaintiff,    )
    )
v.    )  CIVIL ACTION NO. 3:06mc3310MEF
    )
RAY EDGAR OGLE,    )
    )
        Defendant.    )

## O R D E R ON MOTION
## FOR APPEARANCE OF JUDGMENT DEBTOR

Plaintiff, United States of America, having moved the Court for an Order requiring the Defendant, RAY EDGAR OGLE, to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised,

It is ORDERED that the Motion for Order Requiring Examination of Judgment Debtor is GRANTED.

It is ORDERED that Defendant, RAY EDGAR OGLE, appear at 10:00 a.m. on the 21st day of June, 2006 in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, to answer questions concerning Defendant's real and personal property.

It is further ORDERED that Defendant bring the following documents:

1. Copies of personal and business income tax returns for the years 2003, 2004, and 2005.

2. Copies of all personal and business bank statements for the years 2003, 2004, and

2005.

    3.   Record of any safety deposit box in your name or that of your spouse.

    4.   Copy of title or deed of personal residence if owned by you or any member of your family.  If not, a copy of proof of ownership by unrelated party.

    5.   Copy of title or license of automobile, airplanes, motorcycles and boats owned or driven by you or your spouse.

    DEFENDANT, RAY EDGAR OGLE, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR DEFENDANT'S ARREST. A COPY OF THIS ORDER, TOGETHER WITH COPIES OF PLAINTIFF'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON DEFENDANT FORTHWITH.

    DONE this 15th day of May, 2006.


                      /s/ Vanzetta Penn McPherson
                      VANZETTA PENN MCPHERSON
                      UNITED STATES MAGISTRATE JUDGE