# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

RECEIVED
2006 MAY 11 MISC No. 3:06MC3310 MEF
DEBRA P.
U.S.

| | |
|---|---|
| **PLAINTIFF** | **COURT CASE NUMBER** |
| UNITED STATES OF AMERICA | |
| **DEFENDANT** | **TYPE OF PROCESS** |
| RAY EDGAR OGLE | Motion for Order, Affidavit & Order |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ray Edgar Ogle

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1030 West Point Parkway, Opelika, AL  36801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL  36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

SSN:  9065
DOB:  1966

Signature of Attorney or other Originator requesting service on behalf of:
R. RAndolph Neeley
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 5/9/2006

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk  K. Chavers | Date 5/16/06 |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
MATT DAVIS (STEPSON)

RETURNED AND FILED
MAY 23 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/22/2006    Time: 1:30 pm
Signature of U.S. Marshal or Deputy: James W. [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | $80.10 | | $125.10 | | | |

**REMARKS:**
1st 5/22/2006 NOBODY HOME  43G415R FORD EXPLORER: 5J55T 271 @ RESIDENCE. SUB. WORKS AT AMERICAN GENERAL SECURITY - (334) 745-7599  NO LONGER THERE

2nd SERVED. RAY OGLE OWNS ADVANCED ELECTRONIC SOLUTIONS IN ON STEPSON OPELIKA   180 RT MILES
WHO LIVES AT RESIDENCE

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)