AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

**BILL OF COSTS**

**UNITED STATES OF AMERICA,**

       v.                          **Case Number: 3:06MC3310**

**RAY EDGAR OGLE,**

Judgment having been entered in the above-entitled action on __5/30/2003__ against __Ray Edgar Ogle__,
                                                                *Date*

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in this case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please Itemize) .Motion, Affidavit & Order | 125.10 |
| ( See Doc. No. 3 Acknowledgement of Service) | |
| **TOTAL** | **$ 125.10** |

## DECLARATION

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Ray Edgar Ogle, 1030 Westpoint Pkwy, Opelika, AL 36801 .

Signature of Attorney : __/s/ R. Randolph Neeley__ .
Name of Attorney: __R. Randolph Neeley, Assistant United States Attorney__ .
For: __The United States of America__     Date: __6/19/2006__ .
               *Name of Claiming Party*

Costs are taxed in the amount of __$125.10__ and included in the judgment.

                                    By:
*Clerk of Court*                         *Deputy Clerk*                         *Date*